UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DARIN KRISTOPHER WILSON,    )  No.  CV 19-646 GW (FFM)
                   Petitioner,    )
                                  )  JUDGMENT
     v.                           )
                                  )
WILLIAM JOE SULLIVAN,        )
(Warden),                         )
                   Respondent.     )
_____ )

Pursuant to the Order Summarily Dismissing Petition,

IT IS ADJUDGED that the Petition is dismissed without prejudice.


DATED: December 13, 2019


_____
GEORGE H. WU
United States District Judge